UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-62238-Civ-COOKE

SHANTEL JAIRAM,

    Plaintiff,
vs.

AMERICAN DENTAL OF
FLORIDA-FORT LAUDERDALE, LLC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal With Prejudice (ECF No. 20). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 27th day of January 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*